IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19CR346-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| (1)   RYAN FRANKLIN CONKLIN | ) |
| | ) |
| | ) |

ORDER UNSEALING INDICTMENT
AND ARREST WARRANT

**THIS MATTER IS BEFORE THE COURT** on the "United States' Motion To Unseal Indictment And Arrest Warrant" (Document No. 6) filed February 21, 2020. Having carefully considered the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "United States' Motion To Unseal Indictment And Arrest Warrant" (Document No. 6) is **GRANTED**, and the Indictment and arrest warrant in the above-named matter are unsealed.

**SO ORDERED**.

Signed: February 21, 2020

David C. Keesler
United States Magistrate Judge